UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re: Wheeler, Richard John    § Case No. 97-65919-ESD
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    David E. Rice, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $28,183.60 | Assets Exempt: $22,983.60 |
| Total Distribution to Claimants: $228,904.60 | Claims Discharged Without Payment: $12,503.71 |
| Total Expenses of Administration: $176,643.44 | |

    3)  Total gross receipts of $ 427,825.36  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,277.32  (see **Exhibit 2**), yielded net receipts of $405,548.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,000.00 | $398,317.10 | $398,317.10 | $155,039.10 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 176,643.44 | 176,643.44 | 176,643.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,079.00 | 329,647.21 | 86,369.21 | 73,865.50 |
| **TOTAL DISBURSEMENTS** | $293,079.00 | $904,607.75 | $661,329.75 | $405,548.04 |

    4) This case was originally filed under Chapter 7 on December 05, 1997.
. The case was pending for 148 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2010    By: /s/David E. Rice
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Implex Corp. stock | 1110-000 | 420,595.22 |
| Interest Income | 1270-000 | 7,230.14 |
| **TOTAL GROSS RECEIPTS** | | **$427,825.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Wheeler, Richard John | Distribution | 8200-000 | 9,773.61 |
| Clerk, U.S. Bankruptcy Court | Distribution Funds that were Undeliverable | 8500-002 | 12,503.71 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$22,277.32** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Josee Wheeler | 4220-000 | 200,000.00 | 243,278.00 | 243,278.00 | 0.00 |
| Josee Wheeler | 4220-000 | N/A | 155,039.10 | 155,039.10 | 155,039.10 |
| **TOTAL SECURED CLAIMS** | | $200,000.00 | $398,317.10 | $398,317.10 | $155,039.10 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Venable LLP | 3110-000 | N/A | 29,000.00 | 29,000.00 | 29,000.00 |
| Venable LLP | 3120-000 | N/A | 328.65 | 328.65 | 328.65 |
| Penta Advisory Services | 3410-000 | N/A | 45,907.00 | 45,907.00 | 45,907.00 |
| David E. Rice, Chapter 7 Trustee | 2100-000 | N/A | 30,760.61 | 30,760.61 | 30,760.61 |
| David E. Rice, Chapter 7 Trustee | 2200-000 | N/A | 55.04 | 55.04 | 55.04 |
| LJMiller and Ass. | 3410-000 | N/A | 660.00 | 660.00 | 660.00 |
| Internal Revenue Service | 2810-000 | N/A | 34,576.00 | 34,576.00 | 34,576.00 |
| Comptroller of Maryland | 2810-000 | N/A | 32,810.00 | 32,810.00 | 32,810.00 |
| U. S. Treasury | 2810-000 | N/A | 792.00 | 792.00 | 792.00 |
| Comptroller of Maryland | 2820-000 | N/A | 1,522.00 | 1,522.00 | 1,522.00 |
| MRSC Insurance Partners, LLC | 2300-000 | N/A | 232.14 | 232.14 | 232.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 176,643.44 | 176,643.44 | 176,643.44 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First of America Bank | 7100-000 | 6,414.00 | 6,730.00 | 6,730.00 | 0.00 |
| First of America Bank | 7990-000 | N/A | 5,773.71 | 5,773.71 | 0.00 |
| Josee Wheeler | 7100-000 | 40,000.00 | 243,278.00 | 0.00 | 0.00 |
| Citibank/CHOICE | 7100-000 | 12,443.00 | 13,450.84 | 13,450.84 | 13,450.84 |
| Citibank/CHOICE | 7990-000 | N/A | 11,539.56 | 11,539.56 | 11,539.56 |
| MBNA America Bank, N.A. | 7100-000 | 14,800.00 | 14,003.47 | 14,003.47 | 14,003.47 |
| MBNA America Bank, N.A. | 7990-000 | N/A | 12,013.66 | 12,013.66 | 12,013.66 |
| American Express Travel Related Services Co Inc | 7100-000 | 10,615.00 | 12,303.08 | 12,303.08 | 12,303.08 |
| American Express Travel Related Services Co Inc | 7990-000 | N/A | 10,554.89 | 10,554.89 | 10,554.89 |
| Beneficial National Bank | 7100-000 | 2,185.00 | N/A | N/A | 0.00 |
| Discover Card/Greenwood Trust Company | 7100-000 | 1,494.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Harris Bank - Mastercard | 7100-000 | 5,128.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 93,079.00 | 329,647.21 | 86,369.21 | 73,865.50 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 97-65919-ESD  
**Case Name:** Wheeler, Richard John  

**Period Ending:** 04/06/10

**Trustee:** (400400) David E. Rice, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/05/97 (f)  
**§341(a) Meeting Date:** 01/09/98  
**Claims Bar Date:** 04/09/98

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 25.00 | 0.00 | DA | 0.00 | FA |
| 2 | SECURITY DEPOSITS | 685.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,285.00 | 0.00 | DA | 0.00 | FA |
| 4 | BOOKS AND ART OBJECTS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 320.00 | 0.00 | DA | 0.00 | FA |
| 6 | FURS AND JEWELRY | 435.00 | 0.00 | DA | 0.00 | FA |
| 7 | FIREARMS AND HOBBY EQUIPMENT | 600.00 | 0.00 | DA | 0.00 | FA |
| 8 | STOCK AND BUSINESS INTERESTS | 2,133.60 | 0.00 | DA | 0.00 | FA |
| 9 | Implex Corp. stock | 200,000.00 | 400,000.00 | | 420,595.22 | FA |
| 10 | STOCK AND BUSINESS INTERESTS | 5,200.00 | 0.00 | DA | 0.00 | FA |
| 11 | PENSION PLANS AND PROFIT SHARING | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Entered in Error | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7,230.14 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $228,183.60 | $400,000.00 | | $427,825.36 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2005     **Current Projected Date Of Final Report (TFR):** January 20, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 97-65919-ESD
**Case Name:** Wheeler, Richard John

**Trustee:** David E. Rice, Chapter 7 Trustee (400400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****38-65 - Money Market Account
**Blanket Bond:** $2,000,000.00  (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***7767
**Period Ending:** 04/06/10

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/05 | {9} | The Bank of New York | Tender Offer - Installment Proceeds | 1129-000 | 23,989.58 | | 23,989.58 |
| 12/16/05 | {9} | Bank of New York | Tender Offer - Installment Proceeds | 1129-000 | 226,414.96 | | 250,404.54 |
| 12/21/05 | {9} | The Bank of New York | Tender Offer - Installment Proceeds | 1129-000 | 104,069.26 | | 354,473.80 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 74.54 | | 354,548.34 |
| 01/18/06 | 1001 | Josee Wheeler | to pay secured creditor (judgment/divorce settlement) | 4220-000 | | 155,039.10 | 199,509.24 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 164.84 | | 199,674.08 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 107.25 | | 199,781.33 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7000% | 1270-000 | 118.81 | | 199,900.14 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 126.55 | | 200,026.69 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 135.95 | | 200,162.64 |
| 06/29/06 | {9} | The Bank of New York (Implex Corporation) | Tender Offer - Installment Proceeds | 1129-000 | 19,901.10 | | 220,063.74 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 147.30 | | 220,211.04 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 325.62 | | 220,536.66 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 328.02 | | 220,864.68 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 307.12 | | 221,171.80 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 339.29 | | 221,511.09 |
| 11/27/06 | 1002 | Internal Revenue Service | Tax year ending 12/31/05 | 2810-000 | | 34,576.00 | 186,935.09 |
| 11/27/06 | 1003 | Comptroller of Maryland | Tax year ending 12/31/05 | 2810-000 | | 32,810.00 | 154,125.09 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 318.57 | | 154,443.66 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.7500% | 1270-000 | 245.61 | | 154,689.27 |
| 01/04/07 | {9} | The Bank of New York (Implex Corporation) | Tender Offer - Installment Proceeds | 1110-000 | 46,220.32 | | 200,909.59 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 290.19 | | 201,199.78 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 254.63 | | 201,454.41 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 273.17 | | 201,727.58 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 282.66 | | 202,010.24 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 283.05 | | 202,293.29 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 265.16 | | 202,558.45 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 292.98 | | 202,851.43 |
| 08/24/07 | 1004 | U. S. Treasury | 1041 re:  tax year 12/31/01<br>Voided on 08/24/07 | 2810-003 | | 792.00 | 202,059.43 |
| 08/24/07 | 1004 | U. S. Treasury | 1041 re:  tax year 12/31/01<br>Voided: check issued on 08/24/07 | 2810-003 | | -792.00 | 202,851.43 |
| 08/24/07 | 1005 | Comptroller of Maryland | MD form 504 re:  tax year 12/31/07<br>Voided on 08/24/07 | 2820-003 | | 1,522.00 | 201,329.43 |

Subtotals :   $425,276.53   $223,947.10

{} Asset reference(s)

Printed: 04/06/2010 01:28 PM   V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 97-65919-ESD  
**Case Name:** Wheeler, Richard John  

**Taxpayer ID #:** **-***7767  
**Period Ending:** 04/06/10  

**Trustee:** David E. Rice, Chapter 7 Trustee (400400)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****38-65 - Money Market Account  
**Blanket Bond:** $2,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/07 | 1005 | Comptroller of Maryland | MD form 504 re: tax year 12/31/07<br>Voided: check issued on 08/24/07 | 2820-003 | | -1,522.00 | 202,851.43 |
| 08/24/07 | 1006 | U. S. Treasury | Form 1041 re: tax year 12/31/07  Tax ID:<br>13-7487767 | 2810-000 | | 792.00 | 202,059.43 |
| 08/24/07 | 1007 | Comptroller of Maryland | MD FOrm 504  re: tax year 12/31/07  Tax ID:<br>13-7487767 | 2820-000 | | 1,522.00 | 200,537.43 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 284.19 | | 200,821.62 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 256.08 | | 201,077.70 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.6500% | 1270-000 | 300.20 | | 201,377.90 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4200% | 1270-000 | 255.30 | | 201,633.20 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.4200% | 1270-000 | 243.14 | | 201,876.34 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9000% | 1270-000 | 216.71 | | 202,093.05 |
| 02/26/08 | 1008 | MRSC Insurance Partners, LLC | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/26/2008 FOR CASE<br>#97-65919 | 2300-000 | | 232.14 | 201,860.91 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.7700% | 1270-000 | 123.60 | | 201,984.51 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5100% | 1270-000 | 111.93 | | 202,096.44 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5100% | 1270-000 | 84.69 | | 202,181.13 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4600% | 1270-000 | 76.70 | | 202,257.83 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4600% | 1270-000 | 79.00 | | 202,336.83 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4600% | 1270-000 | 79.03 | | 202,415.86 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4600% | 1270-000 | 73.96 | | 202,489.82 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.4600% | 1270-000 | 81.64 | | 202,571.46 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3500% | 1270-000 | 73.00 | | 202,644.46 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2300% | 1270-000 | 42.39 | | 202,686.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 32.95 | | 202,719.80 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 19.94 | | 202,739.74 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 18.61 | | 202,758.35 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 21.28 | | 202,779.63 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 19.95 | | 202,799.58 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 19.29 | | 202,818.87 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 21.28 | | 202,840.15 |
| 07/22/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.1200% | 1270-000 | 13.97 | | 202,854.12 |
| 07/22/09 | | To Account #********3866 | Distribution | 9999-000 | | 202,854.12 | 0.00 |

Subtotals :   $2,548.83   $203,878.26

{} Asset reference(s)

Printed: 04/06/2010 01:28 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 97-65919-ESD | | Trustee: | David E. Rice, Chapter 7 Trustee (400400) |
|---|---|---|---|---|
| Case Name: | Wheeler, Richard John | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****38-65 - Money Market Account |
| Taxpayer ID #: | **-***7767 | | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 04/06/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 427,825.36 | 427,825.36 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 202,854.12 | |
| | | | **Subtotal** | | 427,825.36 | 224,971.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$427,825.36** | **$224,971.24** | |

{} Asset reference(s)

Printed: 04/06/2010 01:28 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 97-65919-ESD | | Trustee: | David E. Rice, Chapter 7 Trustee (400400) |
|---|---|---|---|---|
| Case Name: | Wheeler, Richard John | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****38-66 - Checking Account |
| Taxpayer ID #: | **-***7767 | | Blanket Bond: | $2,000,000.00  (per case limit) |
| Period Ending: | 04/06/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/09 | | From Account #********3865 | Distribution | 9999-000 | 202,854.12 | | 202,854.12 |
| 07/23/09 | 101 | Venable LLP | Dividend paid 100.00% on $29,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 29,000.00 | 173,854.12 |
| 07/23/09 | 102 | Venable LLP | Dividend paid 100.00% on $328.65, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 328.65 | 173,525.47 |
| 07/23/09 | 103 | Penta Advisory Services | Dividend paid 100.00% on $45,907.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 45,907.00 | 127,618.47 |
| 07/23/09 | 104 | David E. Rice, Chapter 7 Trustee | Dividend paid 100.00% on $30,760.61, Trustee Compensation;  Reference: | 2100-000 | | 30,760.61 | 96,857.86 |
| 07/23/09 | 105 | David E. Rice, Chapter 7 Trustee | Dividend paid 100.00% on $55.04, Trustee Expenses;  Reference: | 2200-000 | | 55.04 | 96,802.82 |
| 07/23/09 | 106 | LJMiller and Ass. | Dividend paid 100.00% on $660.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 660.00 | 96,142.82 |
| 07/23/09 | 107 | First of America Bank | Distribution Stopped on 01/14/10 | 7100-004 | | 6,730.00 | 89,412.82 |
| 07/23/09 | 108 | Citibank/CHOICE | Distribution | 7100-000 | | 13,450.84 | 75,961.98 |
| 07/23/09 | 109 | MBNA America Bank, N.A. | Distribution | 7100-000 | | 14,003.47 | 61,958.51 |
| 07/23/09 | 110 | American Express Travel Related Services Co Inc | Distribution | 7100-000 | | 12,303.08 | 49,655.43 |
| 07/23/09 | 111 | First of America Bank | Distribution Stopped on 01/14/10 | 7990-004 | | 5,773.71 | 43,881.72 |
| 07/23/09 | 112 | Citibank/CHOICE | Distribution | 7990-000 | | 11,539.56 | 32,342.16 |
| 07/23/09 | 113 | MBNA America Bank, N.A. | Distribution | 7990-000 | | 12,013.66 | 20,328.50 |
| 07/23/09 | 114 | American Express Travel Related Services Co Inc | Distribution | 7990-000 | | 10,554.89 | 9,773.61 |
| 07/23/09 | 115 | Wheeler, Richard John | Distribution | 8200-000 | | 9,773.61 | 0.00 |
| 01/14/10 | 107 | First of America Bank | Distribution Stopped: check issued on 07/23/09 | 7100-004 | | -6,730.00 | 6,730.00 |
| 01/14/10 | 111 | First of America Bank | Distribution Stopped: check issued on 07/23/09 | 7990-004 | | -5,773.71 | 12,503.71 |
| 01/14/10 | 116 | Clerk, U.S. Bankruptcy Court | Distribution Funds that were Undeliverable | 8500-002 | | 12,503.71 | 0.00 |

Subtotals :      $202,854.12      $202,854.12

{} Asset reference(s)

Printed: 04/06/2010 01:28 PM     V.12.06

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 97-65919-ESD | **Trustee:** | David E. Rice, Chapter 7 Trustee (400400) |
|---|---|---|---|
| **Case Name:** | Wheeler, Richard John | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | ***-*****38-66 - Checking Account |
| **Taxpayer ID #:** | **-***7767 | **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Period Ending:** | 04/06/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 202,854.12 | 202,854.12 | $0.00 |
| | | | Less: Bank Transfers | | 202,854.12 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 202,854.12 | |
| | | | Less: Payments to Debtors | | | 9,773.61 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $193,080.51 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****38-65** | 427,825.36 | 224,971.24 | 0.00 |
| **Checking # ***-*****38-66** | 0.00 | 193,080.51 | 0.00 |
| | $427,825.36 | $418,051.75 | $0.00 |

{} Asset reference(s)     Printed: 04/06/2010 01:28 PM    V.12.06